```
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/18/2016
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
AMERICAN INTERNATIONAL GROUP, INC.,

                      Plaintiff,                      15 **CIVIL** 3339 (PAC)

        -against-                                      **JUDGMENT**

PACIFIC INVESTMENT MANAGEMENT
COMPANY LLC, et al.,
                      Defendant.
-----------------------------------------------------------X

       American International Group, Inc. ("AIG") having moved for summary judgment, arguing that Pacific Investment Management Company LLC and sixty-three related investment funds (collectively "PIMCO") Securities Act claim is untimely as a matter of law and that this Court should exercise its discretion to so declare; PIMCO having moved to dismiss, contending that the Court should not exercise jurisdiction given the ongoing adjudication of the first-field, underlying dispute in California state court, and the motions having come before the Honorable Paul A. Crotty, United States District Judge, and the Court, on April 18, 2016, having rendered its Opinion and Order declining to exercise discretionary jurisdiction, granting PIMCO's motion to dismissed, denying AIG's motion for summary judgment as moot, and directing the Clerk to enter judgment for Defendant and terminate 15 cv 3339, it is,

       **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 18, 2016, the Court declines to exercise discretionary jurisdiction and PIMCO's motion to dismiss is granted; AIG's motion for summary judgment is denied as moot; judgment is hereby entered for Defendants' and 15 cv 3339 is terminated.

**Dated:**  New York, New York
           April 18, 2016

                                                         **RUBY J. KRAJICK**
                                                          Clerk of Court

**THIS DOCUMENT WAS ENTERED**    BY:
**ON THE DOCKET ON** _____
                                                                 **Deputy Clerk**